JS6 / ENTER

FILED
CLERK, U.S. DISTRICT COURT

JUL - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| CHRIS PAUL VELASQUEZ,<br><br>Petitioner,<br><br>v.<br><br>P.D. BRAZELTON, Warden,<br><br>Respondent. | Case No. CV 13-2873-AG (DFM)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that that the petition is denied and this action is dismissed with prejudice.

Dated: JUNE 30, 2014

_____
ANDREW J. GUILFORD
United States District Judge

ENTERED
CLERK, U.S. DISTRICT COURT

JUL - 2 2014

CENTRAL DISTRICT OF CALIFORNIA
BY             DEPUTY